

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| P&K BUILDERS, LLC, | § | No. 08-24-00151-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| J&M PROPERTIES I, LLC and J&M PROPERTIES ONE, LLC, | § | of El Paso County, Texas |
| | § | (TC# 2024DCV2604) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on Appellant's motion for voluntary dismissal of the appeal and concludes the motion should be granted. We therefore grant Appellant's motion for voluntary dismissal of the appeal with prejudice. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED this 21st day of July 2025.

GINA M. PALAFOX, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.